**Dismissed and Memorandum Opinion filed June 9, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00304-CV

---

## MARSHALL S.W. BROWN, Appellant

### V.

## MONEY ON DELIVERY, A TEXAS PARTNERSHIP, Appellee

---

**On Appeal from the 353rd District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-21-000490**

---

### MEMORANDUM OPINION

This is an appeal from an order signed February 15, 2022.[1] The notice of appeal was filed March 15, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in

---

[1] The Supreme Court of Texas ordered the Court of Appeals for the Third District of Texas to transfer this appeal (No. 03-22-00136-CV) to this court. Misc. Docket No. 22-9025 (Tex. Mar. 29, 2022); *see* Tex. Gov't Code Ann. §§ 73.001, .002. Because of the transfer, we decide the case in accordance with the precedent of the transferor court under principles of stare decisis if our decision otherwise would have been inconsistent with the transferor court's precedent. *See* Tex. R. App. 41.3.

civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On May 17, 2022, this court ordered appellant to pay the appellate filing fee on or before May 27, 2022 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.